IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **MICHAEL WIDMAN** ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:16-CV-00033 |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| **NPAS SOLUTIONS, LLC** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, with the consent of Defendant, hereby apprises the Court that the parties have reached a settlement in principle of this matter. The settlement will, on completion, result in the dismissal of this litigation with prejudice. The parties request that the case be stayed for all purposes, but remain open until August 31, 2016, at which time the dismissal papers will be filed with the Court.

Respectfully submitted,

CREDIT LAW CENTER

By: __/s/ Thomas A. Addleman_____
Thomas A. Addleman # 51864
255 NW Blue Parkway, Suite 200A
Lee's Summit, MO 64063
Tele: (816) 246-7800
Fax: (855) 523-6884
TomA@CreditLawCenter.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

This certifies that on this 22nd day of June, 2016, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Thomas A. Addleman
Attorney for Plaintiff
