IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| MICHAEL R. WIDMAN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16-CV-00033-BCW |
| NPAS SOLUTIONS LLC, | ) ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

On June 22, 2016, the Director of the Mediation and Assessment Program notified the Court that the parties resolved this matter. Having been notified of the resolution of this case, and it appearing that there are no further issues for the Court to resolve, it is hereby

ORDERED this action is DISMISSED WITH PREDJUDICE. In the event that settlement is not finalized, any party may move to reopen this case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the parties' settlement agreement.

IT IS SO ORDERED.


DATED: June 22, 2016        /s/ Brian C. Wimes
                            JUDGE BRIAN C. WIMES
                            UNITED STATES DISTRICT COURT